UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRIAN TIMOTHY DONAHUE,**

    **Plaintiff,**

v.                                                Case No. 6:22-cv-2191-ACC-LHP

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____

**ORDER**

This cause is before the Court on an appeal from the final decision of the Commissioner of Social Security denying Plaintiff's applications for Supplemental Security Income ("SSI") and disability insurance benefits ("DIB"). (Doc. 1).

The United States Magistrate Judge has submitted a report recommending that the final decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed on September 18, 2023 (Doc. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

- 2 -

2. The final decision of the Commissioner of Social Security denying Plaintiff's applications for SSI and DIB is hereby **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to enter judgment in favor of Claimant Brian Timothy Donahue and against the Commissioner of Social Security.

4. The Clerk is directed to **CLOSE** the file and terminate all pending motions as moot.

**DONE** and **ORDERED** in Orlando, Florida on October 4, 2023.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties